**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **JUMPSPORT, INC** § | |
| § | |
| v. § | **CASE NO. 6:17cv606-RWS-JDL** |
| § | |
| **LOWE'S HOME CENTERS, LLC,** § | |
| **ET AL.** § | |

**FINAL JUDGMENT**

Pursuant to the Joint Stipulation of Dismissal, the Court hereby enters Final Judgment. Plaintiff JumpSport, Inc. filed suit against Defendants Lowe's Companies, Inc., Lowe's Home Centers, LLC, LF, LLC and Lowe's Home Improvement, LLC on October 23, 2017.

**IT IS HEREBY ORDERED** that the above-entitled and numbered cause of action is **DISMISSED WITH PREJUDICE**. All costs are to be borne by the party that incurred them.

The Clerk of the Court is directed to terminate Defendants Lowe's Companies, Inc., Lowe's Home Centers, LLC, LF, LLC and Lowe's Home Improvement, LLC, Case No. 6:17cv606, from the Lead case, Case No. 6:17cv414.

The Clerk of the Court is directed to close Case No. 6:17cv606.

**SIGNED this 5th day of June, 2018.**

*/s/ Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE